# Request for Clerk's Certificate or Certified Copy of Document

DATE: *12-10-14*

Request By: *Thomas A. Dorey*

Mailing Address: *POB 247*

*Lakewood, N.Y. 14750*

Case Number: *12-11319*   Chapter: *7*

Debtor Name(s): *Roland Hale*

**RECEIVED DEC 10 2014 BANKRUPTCY COURT BUFFALO, N.Y.**

## Item Requested:

____ *Certificate of Abandonment (Chapter 7 cases, if 11 USC 554(c) elements satisfied) - $11.00

  Property Address: _____

____ **Certificate of Search - $11.00

____ *Certified Copy - Discharge Order - $11.00 plus 50 cents per page

____ *Certified Copy - Dismissal Order - $11.00 plus 50 cents per page

____ *Certified Copy – 522(f) Order - $11.00 plus 50 cents per page

____ *Certified Copy - Docket - $11.00 plus 50 cents per page

____ *Certified Copy - Other - $11.00 plus 50 cents per page: _____

*If case file is stored with Federal Records Center, $53.00 retrieval fee due

**If case file is stored with Federal Records Center, $53.00 retrieval fee due and $30.00 search fee may apply

**Trustees:** *(Certified Copies)*

____ Certificate of Trustee Intent to Sell – Public Auction   Property: _____

✓ Certificate of Trustee Intent to sell – Private Sale   Property: *Kenyon Road, Alfred N.Y.*

____ Certificate of Trustee Intent to Abandon   Property: _____

✓ Certificate of Trustee Appointment

✓ *Certificate of No Objection to Sale*

Total Amount Due: $ *N/A*   Receipt #: *N/A*

(Rev. 6/4/12)